**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00395-CV

### IN RE LESTER TRICHE, Relator

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. MA-09-15662**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** this petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
        JUSTICE